UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   vs.<br><br>LUCAS RIEDER,<br><br>          Defendant. | Case No: 5:20-po-00214 JLT<br><br>**ORDER APPOINTING COUNSEL** |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

    1.    Brian C. Andritch is APPOINTED to represent the above defendant in this case. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

    Dated:   **December 3, 2020**                 **/s/ Jennifer L. Thurston**
                                                                         UNITED STATES MAGISTRATE JUDGE